UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNA THY,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 3:16-CV-03127-WHO<br><br>**ORDER GRANTING DEFENDANT'S JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Order Granting Joint Stipulation for Extension of Time,

Case No. 3:16-CV-03127-WHO                 1

**ORDER**

For good cause appearing therein, IT IS HEREBY ORDERED that Defendant's Joint Stipulation for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment is GRANTED. Defendant shall file its response to Plaintiff's Motion on or before **December 13, 2016** and/or voluntary remand.  All other deadlines shall be extended accordingly.

**IT IS SO ORDERED.**

Dated:  November 16, 2016

_____
HONORABLE WILLIAM H. ORRICK
United States District Court Judge