UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNA THY, | CIVIL NO. 3:16-CV-03127-WHO |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Order Granting Joint Stipulation for Extension of Time,

Case No. 3:16-CV-03127-WHO        1

**ORDER**

For good cause appearing therein, IT IS HEREBY ORDERED that Defendant's Joint Stipulation for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment is GRANTED. Defendant shall file its response and Cross-Motion to Plaintiff's Motion on or before **January 3, 2017**. All other deadlines shall be extended accordingly.

**IT IS SO ORDERED.**

Dated:  December 12, 2016  _____
HONORABLE WILLIAM H. ORRICK
United States District Court Judge

Order Granting Joint Stipulation for Extension of Time,
Case No. 3:16-CV-03127-WHO                    2